GABRIEL ULLRICH  (SBN 265080)
gullrich@fgppr.com
FORAN GLENNON
7801 Folsom Blvd., Ste. 100
Sacramento, CA 95826
(279) 895-2481

Attorneys for C H REY TRANSPORT, INC.;
and REINALDO FRIAS

### UNITEDS STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS PULLAM, | ) Case No.: |
| | ) |
| Plaintiff, | ) Prior State Court Case No.: 24CV-03225 |
| v. | ) |
| | ) **NOTICE OF REMOVAL OF ACTION** |
| C H REY TRANSPORT, INC., REINALDO | ) |
| FRIAS; and DOES 1 through 10, inclusive, | ) |
| | ) |
| Defendants | ) |
| | ) Date Complaint Filed: 6/20/2024 |
| | Trial Date: Not Set |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants C H REY TRANSPORT and REINALDO FRIAS hereby removes to this Court the state court action described below.

1.      On June 20, 2024, an action was commenced in the Superior Court of the State of California in and for the County of Merced, entitled Plaintiff THOMAS PULLAM vs.  Defendants C H REY TRANSPORT, INC.; REINALDO FRIAS, as Case Number 24CV-03225.  A copy of the complaint is attached hereto as Exhibit "A".

2.      The first date upon which Defendants became aware of the removability of this action is upon receipt of the Statement of Damages dated November 25, 2024, stating damages of $249,188.88.  A copy of the Statement of Damages is attached hereto as Exhibit "B".

3.      This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs. Defendants reside in Florida (Exh. A, Compl. ¶ 1-3) whereas Plaintiff residents in California. The amount in controversy is over $75,000 (Exh. B).

4.      C H REY TRANSPORT, INC. is a Florida resident because it is formed in Florida and has a principal place of business there.  A copy of the Florida Division of Corporations record is attached hereto as Exhibit "C".

5.      Defendants have duly answered the complaint.  A copy of the Answer is attached hereto as Exhibit "D".

DATED: December 9, 2024

FORAN GLENNON

BY: _____

GABRIEL ULLRICH
Attorneys for Defendants,
C H REY TRANSPORT, INC.;
and REINALDO FRIAS

# EXHIBIT A

SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

ELECTRONICALLY FILED
Merced Superior Court
6/20/2024 9:51 AM
Amanda Toste
Clerk of the Superior Court
By: Brandon Chow, Deputy

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
C H REY TRANSPORT, INC., a corporation; REINALDO
FRIAS, an individual; and DOES 1 through 10, inclusive;

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

THOMAS PULLAM, an individual;

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: *(El nombre y dirección de la corte es):* Merced County Superior Court 627 W. 21st St., Merced, CA 95340 | CASE NUMBER: *(Número del Caso):* 24CV-03225 |
| --- | --- |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Matthew Kracht, Silva Injury Law, Inc., 2857 Geer Road, Ste. B, Turlock, CA 95382, (209) 600-4389

| DATE: 6/20/2024 9:51 AM *(Fecha)* | Amanda Toste | Clerk, by *(Secretario)* | , Deputy *(Adjunto)* |
| --- | --- | --- | --- |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario  Proof of Service of Summons, (POS-010).)*


[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

    under: ☐ CCP 416.10 (corporation)         ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation) CCP   ☐ CCP 416.70 (conservatee) CCP
           ☐ 416.40 (association or partnership) other   ☐ 416.90 (authorized person)
           ☐ *(specify):*
4. ☐ by personal delivery on *(date)*

Page 1 of 1

Form Adopted for Mandatory
Use Judicial Council of California
SUM-100  [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20,
465 *www.courts.ca.gov*

For your protection and privacy, please press the Clear
This Form button after you have printed the form.

Print this form    Save this form    Clear this form

*This e-copy is the official court record (GC68150)*

This e-copy is the official court record (GC68150).

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA**<br>**COUNTY OF MERCED**<br>**627 W. 21st Street**<br>**Merced CA 95340**<br>**209-725-4100** | *Reserved for Clerk's File Stamp*<br><br>FILED<br>MERCED COUNTY<br><br>2024 JUL -5 PM 1: 13<br><br>CLERK OF THE SUPERIOR COURT<br>BY:<br>DEPUTY |
| Thomas Pullam<br>vs<br>C H Rey Transport, Inc., et al. | |
| **NOTICE OF CASE MANAGEMENT CONFERENCE**<br>**NOTICE OF INCLUSION IN DELAY REDUCTION PROGRAM** | **Case No. 24CV-03225** |

**To All Parties and their Attorneys of Record:**

Please take notice that the above-entitled action has been included in this Court's Delay Reduction Program. Local Rule 4 will hereafter apply to this action. You are required to comply with the guidelines for program cases as set forth in the above referenced Local Rule and the applicable California Rules of Court (CRC), including Rules 3.714(b)(1), 3.720-3.735.

*Please note: Local Rules and ADR Packet may be reviewed on-line at www.merced.courts.ca.gov.*

You are further advised that a Case Management Conference (CMC) in the above action has been scheduled, per Local Rule 4(B)(1)(a), for:

**December 09, 2024 at 10:00 AM in Courtroom 8**

**Located at 627 West 21st Street Merced, CA 95340**

**Honorable Judge Brian McCabe, presiding.**

**Plaintiff must serve this Notice on all Parties to this action at the same time the Complaint is served. Failure to do so may cause unnecessary delay to this action.**

Parties desiring to appear telephonically at the CMC shall comply with CRC, Rule 3.670 and Local Rule 4, and are responsible for making timely arrangements with CourtCall, LLC. CourtCall, LLC may be reached at (888) 882-6878. Notices of Telephonic Appearance may be placed on the CMC Statement or may be filed independently with the Court NOT LESS THAN THREE (3) COURT DAYS prior to the CMC. A Notice of Telephonic Appearance is deemed valid on any subsequent, continued CMCs.

**PURSUANT TO CRC, RULE 3.724, THE PARTIES MUST MEET AND CONFER NO LATER THAN 30 DAYS PRIOR TO THE CMC.**

A **CMC Statement** shall be filed with the Court no later than **15 days** prior to the date set for the **CMC**. Parties shall use **Judicial Council form CM-110** (CRC 3.725). This form is available at the Court Clerks Office or on-line at www.courtinfo.ca.gov.

If you have any further questions regarding this Notice, please contact the undersigned at the number indicated above.

Matthew J. Kracht
2857 Geer Road Ste B
Turlock CA 95382
  Date: 7/5/2024                                     Amanda Toste, Court Executive Officer


Brandon Chow                            By: _____
Printed Name                                    Deputy Clerk


This e-copy is the official court record (GC68150).

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Matthew Kracht, SBN 249076<br>Silva Injury Law, Inc.<br>2857 Geer Road, Suite B, Turlock, CA 95382<br>TELEPHONE NO.: 209-600-4389        FAX NO. : 209-665-0095<br>EMAIL ADDRESS: matthew@silvainjurylaw.co<br>ATTORNEY FOR *(Name)*: Thomas Pullam | ELECTRONICALLY FILED<br>Merced Superior Court<br>6/20/2024 9:51 AM<br>Amanda Toste<br>Clerk of the Superior Court<br>By: Brandon Chow, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  MERCED
STREET ADDRESS: 627 W 21st St.
MAILING ADDRESS: 627 W 21st St.
CITY AND ZIP CODE: Merced 95340
BRANCH NAME: Civil Division

CASE NAME:
Pullam v. C H Rey Transport, Inc., et al

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| [x] **Unlimited**<br>(Amount<br>demanded<br>exceeds $35,000) | [ ] **Limited**<br>(Amount<br>demanded is<br>$35,000 or less) | [ ] Counter        [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | 24CV-03225 |
| | | | | JUDGE:<br><br>DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[x] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09) Insurance
coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/
Inverse condemnation
(14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation
(Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from
the above listed provisionally complex
case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is   [x] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties        d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel        e. [ ] Coordination with related actions pending in one or more
      issues that will be time-consuming to resolve               courts in other counties, states, or countries, or in a federal
   c. [ ] Substantial amount of documentary evidence              court
                                                              f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply):* a. [x] monetary   b. [ ] nonmonetary; declaratory or injunctive relief   c. [ ] punitive
4. Number of causes of action *(specify):* 1. Negligence.
5. This case [ ] is   [x] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: 06/19/2024
Matthew Kracht

_____        ▶        _____
(TYPE OR PRINT NAME)                              (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed
  under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties
  to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory
Use Judicial Council of California
CM-010 [Rev. January 1, 2024]        **CIVIL CASE COVER SHEET**        Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403,
3.740; Cal. Standards of Judicial Administration, std. 3.10
www.courts.ca.gov

This e-copy is the official court record (GC68150)

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

This e-copy is the official court record (GC68150)

This e-copy is the official court record (GC68150)

ELECTRONICALLY FILED
Merced Superior Court
6/20/2024 9:51 AM
Amanda Toste
Clerk of the Superior Court
By: Brandon Chow, Deputy

1  Matthew Kracht, SBN 249076
2  SILVA INJURY LAW, INC.
   2857 Geer Road, Ste B
   Turlock, CA 95382
3  Tel: (209) 600-4389
   Fax: (209) 665-0095
4  matthew@silvainjurylaw.com

5  Attorney for Plaintiff
6  *Thomas Pullam*

7              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

8                      **FOR THE COUNTY OF MERCED**

9

10  THOMAS PULLAM, an individual;      ) Case No.:    24CV-03225
                                       )
11                     Plaintiff,      )
                                       ) **COMPLAINT FOR DAMAGES**
12      vs.                            )
                                       )  1. **Negligence – motor vehicle**
13  C H REY TRANSPORT, INC., a corporation; )
    REINALDO FRIAS, an individual; and DOES 1 ) **DEMAND FOR TRIAL BY JURY**
14  through 10, inclusive,             )
                                       )
15                                     )
                                       )
16                     Defendants.     )
                                       )
17                                     )

18  _____

19         COMES NOW, Plaintiff THOMAS PULLAM alleges as follows:

20                              **I. PARTIES**

21         1.     At all times relevant, Plaintiff THOMAS PULLAM (hereinafter "Plaintiff") was an

22  individual residing in the City of Merced, County of Merced, State of California.

23         2.     Upon information and belief, Defendant REINALDO FRIAS (hereinafter

24  "Defendant") resides in the City of North Miami, Miami- Dade County, Florida.

25         3.     Upon information and belief, Defendant C H REY TRANSPORT, INC. (hereinafter

26  "C H REY") is a corporation with its principal place of business at 770 NW 121 Street, North Miami,

27  FL 33168.

28

                                   - 1 -
                           COMPLAINT FOR DAMAGES

This e-copy is the official court record (GC68150)

4.     The true names and capacities, whether individual, corporate, associate, or otherwise of defendants DOES 1 through 10, inclusive, are unknown to Plaintiff, who therefore sue said defendants by such fictitious names. Plaintiff is informed and believes and thereon alleges that each of the defendants sued herein as a DOE is legally responsible in some manner for the events and happenings referred to herein, and Plaintiff will ask leave of this court to amend this complaint to insert their true names when the same become known to them.

5.     Plaintiff is informed and believes and thereon alleges that at all times herein mentioned, each of the defendants sued herein was the agent and/or employee of each of the remaining defendants and was at all times acting within the purpose and scope of such agency and/or employment.

## II.     VENUE

6.     Venue is proper as the incident on which this action is based occurred within the boundaries of Merced County.

## GENERAL ALLEGATIONS

7.     On or about April 21, 2023, Plaintiff was lawfully traveling southbound on Santa Fe Drive, in #1 lane, at approximately 30 mph.

8.     Upon information and belief, Defendant was also traveling southbound on Santa Fe Drive, in #2 lane, at approximately 30 mph.

9.     Upon information and belief, the vehicle driven by Defendant was owned, maintained, and controlled, by CH REY.

10.     Upon information and belief, Defendant was within the course and scope of his employment with CH REY.

12.     Upon information and belief, Defendant unsafely changed lanes, thereby colliding into the right front bumper of the vehicle the Plaintiff was in.

13.     As a direct and proximate result of the actions or omissions of the Defendant, and each of them, Plaintiff received severe injuries to his body. The injuries received by Plaintiff have greatly impaired his health, strength, and activity, and have caused and continue to cause him great mental, physical, and nervous pain and suffering.

14. As a further direct and proximate result of the actions or omissions of Defendants,

This e-copy is the official court record (GC68150)

and each of them, Plaintiff was required to and did employ, and continue to employ physicians and others for medical care of their injuries and did incur medical and incidental expenses in an amount according to proof. Plaintiff is informed and believe, and thereon allege that he will incur further medical and incidental expenses for the care and treatment of their injuries, all to his further damage according to proof.

## FIRST CAUSE OF ACTION
## NEGLIGENCE, MOTOR VEHICLE

*(As to All Defendants)*

15.     Plaintiff hereby incorporates by reference paragraphs 1 through 14 as though fully set forth herein.

16.     On or about April 21, 2023, Defendants operated Defendants' vehicle in such a negligent manner as to cause an accident between Defendants' vehicle and Plaintiff's vehicle all of which caused serious injuries to Plaintiff.

17.     At said times and places, Defendants negligently, carelessly, and without due care or regard for the life, safety, and rights of Plaintiff, did so own, entrust, maintain, operate, and/or failed to maintain the vehicle driven by Defendants in a safe manner, causing the subject incident, all of which caused serious injuries to Plaintiff.

18.     Defendants were employees of Defendants, caused the aforementioned collision while in the course and scope of their employment with, and while acting as an agent for them. Therefore, Defendants are all fully responsible for Defendants' conduct through the doctrine of *respondeat superior*.

19.     As a proximate result of the negligence of Defendants, and each of them, Plaintiff was hurt and injured in his health, strength, and activity, sustaining injury to his body and shock and injury to his nervous system and persons, all of which said injuries have caused, and continue to cause Plaintiff great mental, physical and emotional distress and nervous pain and suffering. Plaintiff is informed and believes and thereon alleges, that said injuries will result in some permanent disability to said Plaintiff, all in addition to their general damages in an amount to be proven at trial.

20.     As a proximate result of the negligence of Defendants, and each of them, Plaintiff

This e-copy is the official court record (GC68150)

has incurred and will continue to incur medical and related expenses, in an amount that is unknown at this time, but which will be proven at the time of trial.

21.    As a further proximate result of the negligence of Defendants, and each of them, Plaintiff has suffered and will continue to suffer general damages in an amount presently unknown but which will be proven at the time of trial.

22.    As a further proximate result of the negligence of Defendants, and each of them, Plaintiff has suffered and will continue to suffer economic damages and loss of earnings in an amount presently unknown but which will be proven at the time of trial.

23.    As a further proximate result of the negligence of Defendants, and each of them, Plaintiff has suffered and will continue to suffer, a loss of earning capacity in an amount presently unknown but that will be proven at the time of trial.

## JURY DEMAND

24.    Plaintiff demands a trial by jury on all claims so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs prays for judgment against the Defendants, and each of them, as follows:

1.    General damages to Plaintiff, according to proof;

2.    Economic damages to Plaintiff, according to proof;

3.    Medical and related expenses of Plaintiff, according to proof;

4.    Loss of earnings of Plaintiff, according to proof;

5.    Loss of earning capacity of Plaintiff, according to proof;

6.    Costs of suit herein;

7.    Loss of Plaintiff's property, according to proof;

8.    Loss of use of Plaintiff's property to Plaintiffs, according to proof;

9.    Prejudgment interest;

10.    Such other further relief as the Court deems just and proper.

COMPLAINT FOR DAMAGES

This e-copy is the official court record (GC68l50)

1   DATED: June 19, 2024                                    Silva Injury Law, Inc.

2

3                                                  By: _____

4                                                        Matthew Kracht
                                                         Attorney for Plaintiff
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR DAMAGES

This e-copy is the official court record (GC68150)

Matthew Kracht, SBN 249076
SILVA INJURY LAW, INC. 2857
Geer Road, Suite B  Turlock, CA
95382
PH: (209) 600-4389
FX: (209) 665-0095
Attorney for *Thomas Pullam*

ELECTRONICALLY FILED
Merced Superior Court
6/20/2024 9:51 AM
Amanda Toste
Clerk of the Superior Court
By: Brandon Chow, Deputy

## SUPERIOR COURT OF THE STATE OF

## CALIFORNIA COUNTY OF MERCED -

## UNLIMITED CIVIL

| | |
|---|---|
| THOMAS PULLAM, an individual;<br><br>            Plaintiff,<br><br>vs.<br><br>C H REY TRANSPORT, INC., a corporation; REINALDO FRIAS, an individual; and DOES 1 through 10, inclusive,<br><br>            Defendants. | 24CV-03225<br><br>**NOTICE OF POSTING JURY FEES** |

TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

    PLEASE   TAKE   NOTICE   that   THOMAS   PULLAM   hereby   submits   a   jury
fee   deposit   in   the   amount   of   $150   in   the   above-entitled   action
pursuant to California Code   of Civil Procedure Section 631(b).

DATED:  June 19, 2022

By:_____

Matthew Kracht

SILVA INJURY LAW, INC.

# SUPERIOR COURT OF CALIFORNIA COUNTY OF MERCED

# Alternative Dispute Resolution (ADR) Information Guide

Adapted by permission from the
Administrative Office of the Courts' publication:
**"Alternative Dispute Resolution,** *Options for Resolving Your Dispute***"**

ADR INFORMATION GUIDE

## There are Alternatives to Going to Trial

Did you know that most of all civil cases filed in court are resolved without going to trial? Many people use processes other than trial to resolve their disputes. These alternative processes, known as Alternative Dispute Resolution or ADR, are typically less formal and adversarial than trial, and many use a problem-solving approach to help the parties reach agreement.  Because of these potential advantages, it is worth considering using ADR early in a lawsuit, **or even before you file a lawsuit.**

## Potential Advantages of ADR

Here are some potential advantages of using ADR:

❖ **Saves Time and Money:** A dispute often can be settled or resolved much sooner with ADR, allowing parties to save money on attorney fees, court costs, and experts' fees.  An ADR fee of $300 to be shared by the Parties is charged by the Court for its Judicial Arbitration and Early Mediation Programs – this fee is not waived in cases involving successful Fee Waiver Applications.

❖ **Increases Control Over the Process and the Outcome**: In ADR, parties typically play a greater role in shaping both the process and its outcome. In ADR, parties have the opportunity to tell their side of the story just as they do at trial. Some ADR processes, such as mediation, allow the parties to fashion creative resolutions that may not be available in a trial. Other ADR processes, such as arbitration, allow the parties to choose a qualified person or expert in a particular field to decide the dispute.

❖ **Preserves Ongoing Relationships:** ADR can be a less adversarial way to resolve a dispute. For example, an experienced mediator can help the parties effectively communicate their needs and point of view to the other side. This can be an important advantage where the parties have a relationship to preserve.  For example, in cases involving business partners, family members or customer-vendor relationships.

❖ **Increases Satisfaction:** In a trial, there is typically a winner and a loser.  ADR can help the parties find win-win solutions and achieve their respective goals. This, along with other potential advantages of ADR, may increase the parties' overall satisfaction with both the dispute resolution process and the outcome.

❖ **Fosters Attorney-Client Relationships:** Parties and Attorneys may also benefit from ADR by exploring their roles as problem-solvers and counselors rather than merely acting as adversaries. Quick, cost-effective, and satisfying resolutions are likely to produce happier parties and stronger relationships with their attorneys.

# What are the ADR Options?

The most commonly used ADR processes are Mediation, Arbitration, Neutral Case Evaluation, and Settlement Conferences.

### ♦ Private Mediation

In mediation, an impartial person called a "mediator" helps the parties try to reach a mutually acceptable resolution of the dispute. The mediator does not decide the dispute but remains helps the parties communicate so they can settle the dispute themselves.  Mediation leaves control of the outcome with the parties.

Cases for Which Mediation May Be Appropriate: Mediation may be particularly useful when parties have a relationship they want to preserve. So when family members, neighbors, or business partners have a dispute, mediation may be the ADR process to use.  Mediation is also effective when emotions are getting in the way of resolution. An effective mediator can listen to the parties and help them communicate in an effective and non-confrontational manner.

### ♦ Private Arbitration

In arbitration, a neutral person called an "arbitrator" hears arguments and evidence from each side and then decides the outcome of the dispute. Arbitration is typically less formal than a trial, and the rules of evidence may be relaxed.

Arbitration may be either "binding" or "non-binding." Binding arbitration means that the parties waive their right to a trial and agree to accept the arbitrator's decision as final.  Non-binding arbitration means that the parties are free to request a trial if they reject the arbitrator's decision.  Arbitrations may be structured to set maximum and minimum awards, known as "High-Low Arbitrations".  This allows the plaintiff to have a guaranteed minimum recovery and the defendant to rely on a guaranteed absolute maximum exposure, regardless of how the arbitration unfolds.

Cases for Which Arbitration May Be Appropriate: Arbitration is best for cases where the parties want another person to decide the outcome of their dispute for them but would like to avoid the formality, time, and expense of a trial. It may also be appropriate for complex matters where the parties want a decision-maker who has training or experience in the subject matter of the dispute.

### ♦ Neutral Case Evaluation

In Neutral Case Evaluation, each party gets a chance to present the case to a neutral person called an "evaluator." The evaluator then gives an opinion on the strengths and weaknesses of each party's evidence and arguments and about how the dispute could be resolved.  Although the evaluator's opinion is not binding, the

parties typically use it as a basis for trying to negotiate a resolution of the dispute. Even if not successful in resolving the case, Neutral Case Evaluation can lead to use of other ADR procedures, such as arbitration or mediation, especially when undertaken early in the litigation.

<u>Cases for Which Neutral Case Evaluation May Be Appropriate</u>:
Neutral Case Evaluation is appropriate for most cases, and may be most useful in cases that involve technical issues that require special expertise to resolve or in cases that the only significant issue is the amount of damages.

### ♦ Settlement Conferences

In Settlement Conferences, the parties and their attorneys meet with the judge or a neutral person called a "settlement officer" to discuss possible settlement of their dispute. The judge or settlement officer does not make a decision in the case but assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. Settlement Conferences are appropriate in any case where settlement is an option. Mandatory Settlement Conferences, ordered by the Court, are often held near the date a case is set for trial.

## ADR Programs Offered by Merced Superior Court

Merced Superior Court provides two forms of ADR programs through its Early Mediation Program (EMP) and its Judicial Arbitration Program, described below.

### ♦ Merced Superior Court's *Early Mediation Program* (EMP)

**Civil unlimited cases are generally assigned to the Early Mediation Program.** Merced Superior Court provides parties with an opportunity to mediate cases before extensive fees and costs are spent (see "Private Mediation" below, for a description of how Mediation works).  The EMP allows parties the opportunity to obtain the services of a mediator for only a $300 fee, to be shared by the parties. Because the parties have not generally committed extensive resources and time to a case at this early stage, resolution can be achieved at a lower cost and possibly with more satisfying results.  Early Mediation Program Forms are available at: <u>www.merced.courts.ca.gov</u>.  Here's how the EMP works:

• Civil Unlimited Cases are generally assigned to the Early Mediation Program, unless an opt-out form is <u>filed by any party</u> within 120 days from the filing of the Complaint.  **<u>Timely service of the Complaint (within 60 days of filing) is essential to comply with the Early Mediation Program requirements.</u>**

• The $300 EMP fee must be paid to the Civil Clerk's Office within 120 days of filing the lawsuit, and the Parties are to schedule Early Mediation <u>before the first CMC</u> (set approximately 150 days from the filing of the Complaint).

Plaintiff is to collect the EMP fee, to be shared equally by the Parties or as the Parties agree, and timely submit the entire amount to the Civil Clerk's Office.

• Parties then select a Mediator from Merced Superior Court's ADR Neutral List available on the Court's website. Parties must notify the ADR Office immediately if a mediator cannot be agreed upon. The ADR Office will then provide the parties with a mediator short list where each party may de-select a mediator and report back to the ADR Coordinator within 5 days.

• In preparation for the Early Mediation, Parties are to draft a Mediation Statement of <u>no more than 5 pages</u> outlining the Party's position including agreed to and disputed facts. The Mediation Statement is to be sent to the mediator one (1) week before the Early Mediation (<u>do not file</u> with the Court).

• After the Early Mediation, Parties are to fill out a confidential Mediation Survey and send it to the ADR Office of the Court.

♦ **Merced Superior Court's *Judicial Arbitration Program***

Merced Superior Court provides parties with an opportunity to arbitrate their cases for a $300 fee before extensive fees and costs are spent. This program is generally ordered in cases where the amount in controversy is equal or less than $50,000. The Parties may agree to waive this cap and allow the possibility of a larger award. The Parties may also agree to make the Arbitration Award binding, thereby eliminating the need of further litigation. Otherwise, after Judicial Arbitration, the Parties receive an Award that they may accept or reject.

## Serving the ADR Information Packet

The ADR Information Packet, which is provided to all Plaintiffs initiating a lawsuit, consists of:

▶ The ADR Information Guide
▶ The ADR Stipulation Form

The Plaintiff must serve a copy of the ADR Packet on each Defendant with the Complaint. Cross-Complainants must serve a copy of the ADR Packet on all new Cross-Defendants with the Cross-Complaint. The ADR Information Packet is available in the Civil Clerk's Office or online at www.merced.courts.ca.org.

## Who You Can Call

For additional information, please contact the following:

▶ State Bar of California (415) 538-2000
▶ Calif. Dept. of Consumer Affairs, Consumer Info. Center, (800) 952-5210
▶ Merced Superior Court, ADR Office, (209) 725-4249
▶ Merced County Bar Association, (209) 722-8129
▶ Self Help Information on line: http://www.courtinfo.ca.gov/selfhelp

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address) | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.:                        FAX NO. (*Optional):*<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name):<br><br>**SUPERIOR COURT OF CALIFORNIA, COUNTY OF MERCED**<br>627 W. 21st Street<br>Merced, CA 95340<br>(209) 725-4111 | |
| PLAINTIFF/PETITIONER:<br><br>DEFENDANT/RESPONDENT: | |

| STIPULATION AND ORDER REFERRING MATTER TO ALTERNATIVE DISPUTE RESOLUTION | CASE NUMBER: |
|---|---|
| (Check one):    ☐ **UNLIMITED CASE**<br>(Amount demanded<br>exceeds $25,000)        ☐ **LIMITED CASE**<br>(Amount demanded is<br>$25,000 or less) | Assigned Judge:<br><br>Case Category (please circle):<br>I    II    III |

THIS ADR STIPULATION IS TO BE FILED WITH THE COURT <u>WITHIN</u> <u>FIFTEEN (15)</u> <u>CALENDAR</u> <u>DAYS</u>
OF THE PARTIES' AGREEMENT TO PARTICIPATE IN ADR

Pursuant to Cal. Rules of Court, Rule 3.221 and having met and conferred pursuant to Rules of Court, Rule 3.724, the parties hereby stipulate to refer the case to the following Alternate Dispute Resolution Process:

☐  Mediation                                    ☐  Neutral Case Evaluation
☐  Binding Private Arbitration                  ☐  Private Settlement Conference
☐  Non-binding Private Arbitration              ☐  Early Mediation (fee: $300)*

The ADR process will be conducted by (name of individual):_____

Provider's Address: _____

Provider's Telephone: _____ Fax: _____ E-Mail:_____

The ADR process will be completed on, or before, (date):_____

The next Case Management Conference is scheduled for (date/time):_____

* Parties not already assigned to **Early Mediation** may execute and file this Stipulation as soon as the case is at issue.  Upon filing this Stipulation, an early Case Management Conference will be scheduled by the Court and the parties will have the opportunity to attempt settlement before extensive costs and fees are undertaken.  The fee for Early Mediation is $300, to be shared by the Parties and paid to the Court in full with the filing of this Stipulation.  The $300 fee is <u>not</u> waived for successful Fee Waiver Applicants.

The Parties further stipulate and agree that:

1. All parties have reached agreement as to the payment of fees of the ADR provider;

2. All Parties have been served and submit to the jurisdiction of the Court;

3. All Parties have agreed to a specific discovery plan to make the ADR process meaningful;

4. Copies of this Stipulation and self-addressed stamped envelopes are provided to the Court for returning file-stamped copies to counsel and the parties **along with the $20.00 fee for filing a Stipulation with Order per** *Govt. Code* **§70617(c) (2)**;

5. Early Mediation fee of $300 total is submitted with this Stipulation (if applicable); and

6. All Parties are aware that a request for continuance of the ADR completion date established by this Stipulation and Order is discouraged, and the request may be denied by the Court.

 

.......................................................................

Type or print name of ☐ Party without attorney ☐ Attorney for
☐ Plaintiff/Petitioner ☐ Defendant/Respondent/Contestant

_____

**(Date and Sign)** Attorney or Party without attorney (Sign in blue ink)

 

.......................................................................

Type or print name of ☐ Party without attorney ☐ Attorney for
☐ Plaintiff/Petitioner ☐ Defendant/Respondent/Contestant

_____

**(Date and Sign)** Attorney or Party without attorney (Sign in blue ink)

 

.......................................................................

Type or print name of ☐ Party without attorney ☐ Attorney for
☐ Plaintiff/Petitioner ☐ Defendant/Respondent/Contestant

_____

**(Date and Sign)** Attorney or Party without attorney (Sign in blue ink)

 

.......................................................................

Type or print name of ☐ Party without attorney ☐ Attorney for
☐ Plaintiff/Petitioner ☐ Defendant/Respondent/Contestant

_____

**(Date and Sign)** Attorney or Party without attorney (Sign in blue ink)

☐ Additional signatures are attached

---

Pursuant to the Stipulation of the parties, the above case is ordered to ADR as described and agreed to above. If applicable, an early Case Management Conference is set for _____ .

Dated:_____        _____ ___

     ☐ **DONALD J. PROIETTI, JUDGE**
     ☐ **BRIAN L. McCABE, JUDGE**
     ☐ **JEANNE SCHECHTER, COMMISSIONER**
     ☐ **DAVID FOSTER, TEMPORARY JUDGE**
     ☐

---

# EXHIBIT B

CIV-050

**- DO NOT FILE WITH THE COURT-**
**-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: TELEPHONE NO.: 249076<br>Matthew Kracht<br>Silva Injury Law, Inc.<br>2857 Geer Rd., Ste B<br>Turlock, CA 95382<br><br>ATTORNEY FOR *(name)*: Thomas Pullam | **FOR COURT USE ONLY** |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** MERCED
STREET ADDRESS: 627 W. 21st Street
MAILING ADDRESS: 627 W. 21st Street
CITY AND ZIP CODE: Merced 95340
BRANCH NAME: Civil Division

PLAINTIFF: Thomas Pullam
DEFENDANT: C H Rey Transport, Inc. et al

| STATEMENT OF DAMAGES<br>(Personal Injury or Wrongful Death) | CASE NUMBER:<br>24CV-03225 |
|---|---|

To *(name of one defendant only)*: C H Rey Transport, Inc.
Plaintiff *(name of one plaintiff only)*: Thomas Pullam
seeks damages in the above-entitled action, as follows:

                                                                                            AMOUNT

1. **General damages**
   a. ☐ Pain, suffering, and inconvenience ............................................................... $ _____
   b. ☐ Emotional distress. ............................................................................... $ _____
   c. ☐ Loss of consortium ............................................................................... $ _____
   d. ☐ Loss of sociey and companionship *(wrongful death actions only)* ........................ $ _____
   e. ☐ Other  *(specify)* ............................................................................... $ _____
   f. ☐ Other  *(specify)* ............................................................................... $ _____
   g. ☐ Continued on Attachment 1.g.

2. **Special damages**
   a. ☒ Medical expenses *(to date)* .................................................................... $          49,188.88
   b. ☒ Future medical expenses *(present value)* ................................................... $ at least 200,000.00
   c. ☒ Loss of earnings *(to date)* .................................................................... $ TBD
   d. ☒ Loss of future earning capacity *(present value)* ........................................... $ TBD
   e. ☐ Property damage .................................................................................. $ _____
   f. ☐ Funeral expenses *(wrongful death actions only)* ........................................... $ _____
   g. ☐ Future contributions *(present value) (wrongful death actions only)* ..................... $ _____
   h. ☐ Value of personal service, advice, or training *(wrongful death actions only)* .......... $ _____
   i. ☐ Other  *(specify)* ............................................................................... $ _____
   j. ☐ Other  *(specify)* ............................................................................... $ _____
   k. ☐ Continued on Attachment 2.k.

3. ☐ **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of *(specify)*.. $ _____
   when pursuing a judgment in the suit filed against you.

Date: 11/25/2024

Matthew Kracht
_____
        (TYPE OR PRINT NAME)

▶ _____
        (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)                                                    Page 1 of 2

Form Adopted for Mandatory Use<br>Judicial Council of California<br>CIV-050 [Rev. January 1, 2007]

**STATEMENT OF DAMAGES**
**(Personal Injury or Wrongful Death)**

Code of Civil Procedure, §§ 425.11, 425.115
www.courts.ca.gov

**CIV-050**

| | |
|---|---|
| PLAINTIFF: Thomas Pullam<br>DEFENDANT: C H Rey Transport, Inc. et al | CASE NUMBER:<br>24CV-03225 |

## PROOF OF SERVICE

*(After having the other party served as described below, with any of the documents identified in item 1, have the person who served the documents complete this Proof of Service. Plaintiff cannot serve these papers.)*

1. I served the
   a. ☐ Statement of Damages ☐ Other *(specify):*
   b. on *(name):*
   c. by serving ☐ defendant ☐ other *(name and title or relationship to person served):*
   d. ☐ by delivery ☐ at home ☐ at business
      (1) date:
      (2) time:
      (3) address:
   e. ☐ by mailing
      (1) date:
      (2) place:

2. Manner of service *(check proper box):*
   a. ☐ **Personal service.** By personally delivering copies. (CCP § 415.10)
   b. ☐ **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(a))
   c. ☐ **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the  person served at the place where the copies were left. (CCP § 415.20(b)) **(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)**
   d. ☐ **Mail and acknowledgment service.** By mailing (by first- class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP § 415.30) **(Attach completed acknowledgment of receipt.)**
   e. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP § 415.40) **(Attach signed return receipt or other evidence of actual delivery to the person served.)**
   f. ☐ Other *(specify code section):*
      ☐ additional page is attached.

3. At the time of service I was at least 18 years of age and not a party to this action.
4. Fee for service: $
5. Person serving:
   a. ☐ California sheriff, marshal, or constable
   b. ☐ Registered California process server
   c. ☐ Employee or independent contractor of a registered California process server
   d. ☐ Not a registered California process server
   e. ☐ Exempt from registration under Bus. & Prof. Code § 22350(b)

   f. Name, address and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*(For California sheriff, marshal, or constable use only)*
I certify that the foregoing is true and correct.

Date:

Date:

▶ _____
(SIGNATURE)

▶ _____
(SIGNATURE)

**PROOF OF SERVICE**
**(Statement of Damages)**

# EXHIBIT C



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

# Detail by Entity Name

Florida Profit Corporation
C H REY TRANSPORT, INC

**Filing Information**

**Document Number**       P10000101455
**FEI/EIN Number**        27-4286642
**Date Filed**            12/16/2010
**Effective Date**        12/16/2010
**State**                 FL
**Status**                ACTIVE
**Last Event**            REINSTATEMENT
**Event Date Filed**      01/19/2012

**Principal Address**

770 NW 121 ST
NORTH MIAMI, FL 33168

Changed: 04/29/2022

**Mailing Address**

770 NW 121 ST
NORTH MIAMI, FL 33168

Changed: 04/29/2022

**Registered Agent Name & Address**

FRIAS, REINALDO
770 NW 121 ST
NORHT MIAMI, FL 33168

**Officer/Director Detail**

**Name & Address**

Title P

FRIAS, REINALDO
770 NW 121 ST
NORTH MIAMI, FL 33168

**Annual Reports**

**Report Year**       **Filed Date**

| 2022 | 04/29/2022 |
| 2023 | 04/28/2023 |
| 2024 | 04/25/2024 |

**Document Images**

| | |
|---|---|
| 04/25/2024 -- ANNUAL REPORT | View image in PDF format |
| 04/28/2023 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2022 -- ANNUAL REPORT | View image in PDF format |
| 04/12/2021 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2020 -- ANNUAL REPORT | View image in PDF format |
| 04/26/2019 -- ANNUAL REPORT | View image in PDF format |
| 04/28/2018 -- ANNUAL REPORT | View image in PDF format |
| 03/13/2017 -- ANNUAL REPORT | View image in PDF format |
| 04/28/2016 -- ANNUAL REPORT | View image in PDF format |
| 04/22/2015 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2013 -- ANNUAL REPORT | View image in PDF format |
| 01/19/2012 -- REINSTATEMENT | View image in PDF format |
| 12/27/2010 -- ADDRESS CHANGE | View image in PDF format |
| 12/16/2010 -- Domestic Profit | View image in PDF format |

# EXHIBIT D

GABRIEL ULLRICH  (SBN 265080)
gullrich@fgppr.com
FORAN GLENNON
7801 Folsom Blvd., Ste. 100
Sacramento, CA 95826
(279) 895-2481

Attorneys for C H REY TRANSPORT, INC.;
and REINALDO FRIAS

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF MERCED

| | |
|---|---|
| THOMAS PULLAM, | ) Case No.: 24CV-03225 |
| | ) |
| Plaintiff, | ) **C H REY TRANSPORT, INC. AND** |
| v. | ) **REINALDO FRIAS'S ANSWER TO** |
| | ) **COMPLAINT** |
| C H REY TRANSPORT, INC., REINALDO | ) |
| FRIAS; and DOES 1 through 10, inclusive, | ) |
| | ) Date Complaint Filed: 6/20/2024 |
| Defendants | ) Trial Date: Not Set |
| | ) |

COME NOW Defendants, C H REY TRANSPORT, INC. and REINALDO FRIAS, and

in answer to the complaint filed herein, and without waiver of these answering Defendants'

rights to file cross-complaints or third-party complaints, and answering for these Defendants

alone, admit, deny and allege as follows:

These answering Defendants deny each and every, all and singular, generally and

specifically, disjunctively and conjunctively, the allegations contained in said complaint, and

each and every part thereof, and further deny that the complaint's damages in the various sums

alleged, or in any sum or sums whatsoever.

AS AND FOR FURTHER, SEPARATE AND DISTINCT ANSWERS AND BY WAY

OF SEPARATE AND AFFIRMATIVE DEFENSES, THESE ANSWERING DEFENDANTS

ALLEGE:

**FIRST AFFIRMATIVE DEFENSE**

Defendants allege that the Plaintiff is guilty of comparative fault in the matters set forth in the complaint on file herein and that said comparative fault caused or contributed to the injuries or damages complained of, if any. The Court is requested to determine and allocate the percentage of negligence attributable and reduced any award, verdict or judgment.

**SECOND AFFIRMATIVE DEFENSE**

Defendants allege that the Plaintiff had the express knowledge of the risks and hazards set forth in the complaint, as well as the magnitude of the risks and hazards, and thereafter knowingly and willingly assumed those risks.

**THIRD AFFIRMATIVE DEFENSE**

Defendants allege that neither the complaint, nor any cause of action contained therein, state facts sufficient to constitute a cause of action against these answering Defendants.

**FOURTH AFFIRMATIVE DEFENSE**

Defendants allege that the claim of Plaintiff has been partially compromised by payment on behalf of the Defendants in an amount to be determined to Plaintiff without admission of fault or liability, and Defendants are therefore entitled to a set-off in this amount from any judgment, settlement or award in favor of the Plaintiff pursuant to Code of Civil Procedure Section 428.10.

**FIFTH AFFIRMATIVE DEFENSE**

Defendants allege that the co-Defendants or empty chair Defendants, and each of them, named and unnamed in the complaint, were culpable or negligent in and about the matters complained of in the complaint, which proximately caused or contributed to the damages or loss complained of, if any, and that the Court is requested to determine and allocate the percentage of negligence attributable to each of the co-Defendants or empty chair Defendants.

**SIXTH AFFIRMATIVE DEFENSE**

Defendants allege that if the Plaintiff is entitled to a joint judgment against these Defendants and the remaining Defendants, and each of them, these Defendants pray that this Court order each of the judgment debtors to pay to the Plaintiff their proportionate share of the

joint judgment, the judgment debtor's proportionate share having been determined by the trier of fact; and if these Defendants are required to pay to the Plaintiff a disproportionate share of any joint judgment, these Defendants pray leave of this court to seek contribution by motion against any other judgment debtor not paying the proportionate share allocated to any such Defendant by the trier of fact.

### SEVENTH AFFIRMATIVE DEFENSE

Defendants allege that the injuries and damages sustained by the Plaintiff if any, were proximately caused by the intervening and superseding actions of others, which intervening and superseding actions bar and/or diminish Plaintiff' recovery, if any, against these answering Defendants.

### EIGHTH AFFIRMATIVE DEFENSE

Defendants allege that the complaint and all causes of action contained therein are barred by the statute of limitations including, but not limited to, Section 335.1 of the Code of Civil Procedure.

### NINTH AFFIRMATIVE DEFENSE

Defendants allege that to the extent that Plaintiff has benefitted by payment of medical expenses from insurers and others who have a subrogation right as to the amounts paid, Plaintiff is not the proper party to recover such sums, and Plaintiff has failed to join indispensable parties as plaintiffs.  To the extent that said monies exist, Plaintiff's complaint is barred and should be abated under the doctrine set forth in *Ferraro v. Southern California Gas Company* (1980) 102 Cal.App.3d 33.

### TENTH AFFIRMATIVE DEFENSE

Defendants allege that the provisions of the "Fair Responsibility Act of 1986" (commonly known as "Proposition 51", Civil Code Sections 1431, 1431.1, 1431.2, 1431.3, 1431.4 and 1431.5) are applicable to this action to the extent either Plaintiff's injuries and damages, if any there were or are, were proximately caused or contributed to by the carelessness, negligence or fault of persons or entities other than these answering Defendants.

/ / /

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ELEVENTH AFFIRMATIVE DEFENSE

Defendants allege that any and all damage suffered by Plaintiff herein is a result of Acts of God and was not avoidable by these answering Defendants.

## TWELFTH AFFIRMATIVE DEFENSE

Defendants allege that at the time and place of said occurrence, Plaintiff was negligent in that they had available a seat belt restraining device and failed to employ same and the injuries suffered would have been avoided thereby. (*Truman v Vargas* (1969) 275 Cal.App.3d 976)

## THIRTEENTH AFFIRMATIVE DEFENSE

Defendants allege that if any negligence is found on the part of these Defendants which negligence is expressly denied, but merely stated for the purpose of this affirmative defense, the Defendants' negligence was not a substantial factor in causing harm and that the injuries would have occurred regardless of Defendants' negligence, if any.

## FOURTEENTH AFFIRMATIVE DEFENSE

Defendants allege the allegations contained in the complaint, and each purported cause of action contained therein, are vague, ambiguous, and uncertain.

## FIFTEENTH AFFIRMATIVE DEFENSE

Defendants assert the damages cap at Vehicle Code section 17151.

## SIXTEENTH AFFIRMATIVE DEFENSE

Defendants assert that Plaintiff failed to use reasonable efforts to avoid damages or failed to mitigate them as a reasonably prudent person would have.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Defendants allege that Defendants asserts the right to raise other affirmative defenses as they become ascertained.

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, Defendants pray that:

    1.     Plaintiff takes nothing by their complaint;

    2.     For costs of suit incurred herein; and

    3.     For such other and further relief as the Court may deem proper.


DATED: September 20, 2024

                                         FORAN GLENNON

                                  BY:

                                  _____

                                  GABRIEL ULLRICH
                                  Attorneys for Defendants,
                                  C H REY TRANSPORT, INC.;
                                  and REINALDO FRIAS

*Pullam v. C H Rey Transport, Inc.*
*Merced County Superior Court No. 24CV-03225*

### PROOF OF SERVICE BY ELECTRONIC SERVICE

I, LARINA BLACET, declare:

At the time of service, I was over 18 years of age and not a party to this action. My business address is Foran Glennon Palandech Ponzi & Rudloff PC, 7801 Folsom Boulevard, Suite 100, Sacramento, California 95826. The electronic notification address from which I served the document(s) is lblacet@fgppr.com

On September 20, 2024, I served the attached document(s), entitled:

**C H REY TRANSPORT, INC. AND REINALDO FRIAS'S ANSWER TO COMPLAINT**

The document(s) was/were served by electronic service. Based on agreement to accept service by electronic transmission, I caused the document(s) to be served to the persons at the electronic notification addresses listed below. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful. The sent email will be maintained with the original document(s) in this office.

PERSONS SERVED:

***FOR PLAINTIFF***
Matthew Kracht
SILVA INJURY LAW, INC.
2857 Geer Road, Suite B
Turlock, CA 95382
matthew@silvainjurylaw.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on September 20, 2024, at Sacramento, California.

*Larina Blacet*
_____
LARINA BLACET

*Pullam v. C H Rey Transport, Inc.*
*Merced County Superior Court No. 24CV-03225*

### PROOF OF SERVICE BY ELECTRONIC SERVICE

I, LARINA BLACET, declare:

At the time of service, I was over 18 years of age and not a party to this action. My business address is Foran Glennon Palandech Ponzi & Rudloff PC, 7801 Folsom Boulevard, Suite 100, Sacramento, California 95826. The electronic notification address from which I served the document(s) is lblacet@fgppr.com

On December 9, 2024, I served the attached document(s), entitled:

### NOTICE OF REMOVAL OF ACTION

The document(s) was/were served by electronic service. Based on agreement to accept service by electronic transmission, I caused the document(s) to be served to the persons at the electronic notification addresses listed below. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful. The sent email will be maintained with the original document(s) in this office.

<u>PERSONS SERVED</u>

<u>***FOR PLAINTIFF***</u>
Matthew Kracht
SILVA INJURY LAW, INC.
2857 Geer Road, Suite B
Turlock, CA 95382
matthew@silvainjurylaw.com
tisheia@silvainjurylaw.com

<u>**SEE ATTACHED SERVICE LIST**</u>

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on December 9, 2024, at Sacramento, California.

*Larina Blacet*
_____
LARINA BLACET