GABRIEL ULLRICH  (SBN 265080)
gullrich@fgppr.com
FORAN GLENNON
7801 Folsom Blvd., Ste. 100
Sacramento, CA 95826
(279) 895-2481

Attorneys for C H REY TRANSPORT, INC.; and REINALDO FRIAS

UNITEDS STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| THOMAS PULLAM, | ) | Case No.: |
|---|---|---|
| Plaintiff, | ) | Prior State Court Case No.: 24CV-03225 |
| v. | ) | |
| C H REY TRANSPORT, INC., REINALDO FRIAS; and DOES 1 through 10, inclusive, | ) ) ) | **DEFENDANTS' DEMAND FOR JURY TRIAL** |
| Defendants | ) ) ) | Date Complaint Filed: 6/20/2024<br>Trial Date: Not Set |

PLEASE TAKE NOTICE that Defendants C H REY TRANSPORT and REINALDO FRIAS hereby demand a jury trial.

DATED: December 9, 2024

                                           FORAN GLENNON

                                      BY: _____
                                          GABRIEL ULLRICH
                                          Attorneys for Defendants,
                                          C H REY TRANSPORT, INC.;
                                          and REINALDO FRIAS

*Pullam v. C H Rey Transport, Inc.*
*Merced County Superior Court No. 24CV-03225*

### PROOF OF SERVICE BY ELECTRONIC SERVICE

I, LARINA BLACET, declare:

At the time of service, I was over 18 years of age and not a party to this action. My business address is Foran Glennon Palandech Ponzi & Rudloff PC, 7801 Folsom Boulevard, Suite 100, Sacramento, California 95826. The electronic notification address from which I served the document(s) is lblacet@fgppr.com

On December 9, 2024, I served the attached document(s), entitled:

### DEFENDANTS' DEMAND FOR JURY TRIAL

The document(s) was/were served by electronic service. Based on agreement to accept service by electronic transmission, I caused the document(s) to be served to the persons at the electronic notification addresses listed below. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful. The sent email will be maintained with the original document(s) in this office.

PERSONS SERVED

*FOR PLAINTIFF*
Matthew Kracht
SILVA INJURY LAW, INC.
2857 Geer Road, Suite B
Turlock, CA 95382
matthew@silvainjurylaw.com
tisheia@silvainjurylaw.com

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on December 9, 2024, at Sacramento, California.

*Larina Blacet*
LARINA BLACET