UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS PULLAM,<br>Plaintiff,<br>v.<br>C H REY TRANSPORT, INC. and REINALDO FRIAS,<br>Defendants. | Case No. 1:24-cv-01499-HBK<br>ORDER GRANTING EX PARTE APPLICATION FOR ORDER SHORTENING TIME<br>(Doc. 60) |

Before the Court is the Ex Parte Application for Order Shortening Time filed by Plaintiff's attorney of record, Matthew J. Kracht of Silva Injury Law, Inc. ("Counsel"). (Doc. 60).

The pretrial conference is scheduled for October 23, 2026, and the jury trial for November 9, 2026. (Doc. 12). On October 12,2026, Counsel filed a motion to withdraw from representing of Plaintiff. (Doc. 59). That same day, Counsel filed this ex parte application, explaining that Plaintiff discharged him in writing but has neither signed a substitution of attorney form nor stipulated to a shortened briefing schedule for the motion to withdraw. (Doc. 60 at 2–3).

Counsel requests a shortened briefing schedule and decision on the motion to withdraw without oral argument because the motion turns solely on Plaintiff's written discharge of Counsel and the pretrial conference is imminent. (*Id.*). Counsel submitted a supporting declaration. (*Id.* at 4–5).

The Court finds good cause to grant the application.

Accordingly, IT IS ORDERED:

1. Counsel's Ex Parte Application for Order Shortening Time (Doc. 60) is GRANTED.

2. The Court finds the Motion to Withdraw as Attorney (Doc. 59) suitable for decision WITHOUT ORAL ARGUMENT.

3. Plaintiff and Defendants may file an opposition to the Motion to Withdraw within three (3) days after service of this Order. If an opposition is filed, Counsel may file a reply within three (3) days after service of the opposition.

4. Counsel shall provide Plaintiff with a copy of this Order by email and by U.S. mail to Plaintiff's address of record.

5. All existing deadlines and scheduled dates remain in effect.

Dated: October 13, 2026

Helena M. Barch-Kuchta
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE