UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS PULLAM,<br>Plaintiff,<br>v.<br>C H REY TRANSPORT, INC. and REINALDO FRIAS,<br>Defendants. | Case No. 1:24-cv-01499-HBK<br>ORDER VACATING PRE-TRIAL AND TRIAL DATES, ADDRESSING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW, AND MOOTING DEFENDANT'S MOTION FOR REMOTE APPEARANCE<br>(Doc. 64) |

The Court's Case Management and Schedule Order set a pretrial conference for October 23, 2026, and a jury trial for November 9, 2026. (Doc. 12). Local Rule 281 requires the filing of pretrial statements addressing the nature of the action and trial-related matters in advance of the pretrial conference.

On October 12, 2026, Plaintiff's Counsel filed a motion to withdraw as attorney of record for Plaintiff. (Doc. 59). That same day, Counsel filed an ex parte application explaining that Plaintiff discharged Counsel in writing but has neither signed a substitution of attorney nor stipulated to a shortened briefing schedule for the motion to withdraw. (Doc. 60). Plaintiff's Counsel mailed the Court's order granting a shortened briefing schedule to Plaintiff on October 13, 2026. (Doc. 62). Affording five days for mailing, Plaintiff's response to Counsel's motion to withdraw is due on or before October 22, 2026.

The defense filed its Pretrial Statement on October 16, 2026, in compliance with Local Rule 281. Plaintiff, however, has not submitted any proposed jury instructions or verdict forms as required by the Case Management and Schedule Order, has not filed any motions in limine, and has not opposed or otherwise responded to the fourteen motions in limine filed by the defense on October 9, 2026. Defense Counsel has expressed concern that Plaintiff will not appear at the Pretrial Conference and is not preparing to proceed to trial on November 9, 2026 and requested a remote appearance. (Doc. 64). Having considered Counsel's ex parte application and the status of the case, and good cause appearing, the Court will vacate the current pre-trial and trial dates.

Accordingly, IT IS ORDERED:

1. The pretrial conference currently set for October 23, 2026, and the jury trial currently set for November 9, 2026, are VACATED.
2. Plaintiff's response to Plaintiff's Counsel's motion to withdraw (Doc. 59) shall be filed on or before October 22, 2026.
3. If Plaintiff does not file a response to the motion to withdraw on or before October 22, 2026, the Court will deem the motion to withdraw unopposed and ripe for decision without further briefing or oral argument.
4. Upon resolution of Counsel's motion to withdraw and clarification of Plaintiff's representation—whether by appearance of new counsel or Plaintiff's election to proceed pro se—the Court will issue a further order resetting the pretrial conference and trial dates and revising the associated pretrial deadlines as appropriate.
5. Defendant's request for remote appearance (Doc. 64) is MOOT.
6. Plaintiff's Counsel shall provide Plaintiff with a copy of this Order by email and by U.S. mail to Plaintiff's address of record.

Dated: October 20, 2026

Helena M. Barch-Kuchta

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE